**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| SRAM, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:12-CV-3629 |
| v. | ) | |
| | ) | Honorable Edmond E. Chang |
| HAYES BICYCLE GROUP, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby dismiss with prejudice all claims in this action.

Dated: September 5, 2014                                      Respectfully submitted,

**LEWIS, RICE & FINGERSH, L.C.**

By: /s/ Jennifer L. Gustafson
Richard B. Walsh, Jr., #6187007
Michael J. Hickey, #6272404
Jennifer L. Gustafson, #6298416
600 Washington Avenue, Suite 2500
St. Louis, Missouri 63101
Telephone: (314) 444-7600
Facsimile: (314) 241-6056

Robert E. Browne
Kristi J. Spicer
NEAL, GERBER & EISENBERG LLP
2 North LaSalle Street
Chicago, Illinois 60602
Telephone: (312) 269-8000
Facsimile: (312) 269-1747

*Attorneys for SRAM, LLC*

**MICHAEL BEST & FRIEDRICH LLP**

By: /s/ Gilberto Espinoza (w/ consent)
Arthur Gollwitzer III, #6225038
Gilberto Espinoza, #6277437
Paul R. Coble, #6296105
Two Prudential Plaza
180 North Stetson Avenue, Suite 2000
Chicago, Illinois 60601-6710
Telephone: (312) 222-0800
Facsimile: (312) 222-0818

S. Edward Sarskas
100 East Wisconsin Avenue, Suite 3300
Milwaukee, Wisconsin 53202
Telephone: (414) 271-6560
Facsimile: (414) 277-0656

*Attorneys for Hayes Bicycle Group, Inc.*